UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 2:19-CV-14168-ROSENBERG
AND 2:16-CR-14002-ROSENBERG

JULIUS ANDREW REASON, III,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING AMENDED MOTION TO VACATE SENTENCE, AND CLOSING CASE

This matter comes before the Court upon Movant's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, filed at DE 6 under Case No. 2:19-CV-14168. The Court previously referred the Amended Motion to Magistrate Judge Lisette M. Reid for a Report and Recommendation on all dispositive issues. On October 29, 2020, Judge Reid issued a Report and Recommendation in which she recommended that the Amended Motion be denied. DE 44 under Case No. 2:19-CV-14168.

Movant filed Objections to the Report and Recommendation. DE 47 under Case No. 2:19-CV-14168. The Court has reviewed the Report and Recommendation, Movant's Objections thereto, and the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 47 under Case No. 2:19-CV-14168] is **ADOPTED** as the Order of the Court.[1]

2. Movant's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [DE 6 under Case No. 2:19-CV-14168] is **DENIED**.

3. A certificate of appealability **SHALL NOT ISSUE**.

4. Movant's Motion to Delay a Ruling on the Amended Motion [DE 49 under Case No. 2:19-CV-14168] is **DENIED A MOOT**.  Movant stated in the Motion to Delay, which he filed after he had objected to the Report and Recommendation, that he needed additional time to respond to the Report and Recommendation.  He subsequently filed a Reply in support of his Objections to the Report and Recommendation [DE 51 2:19-CV-14168].  While the Local Rules for the Southern District of Florida do not provide for replies in support of objections, the Court nevertheless has considered Movant's Reply.

5.  Movant's Motion for an Update on *United States v. Phifer* [DE 50 under Case No. 2:19-CV-14168] is **DENIED A MOOT**.  The Government provided an update in its Response to the Motion for an Update [DE 52 under Case No. 2:19-CV-14168].  For the reasons provided in the Report and Recommendation, *Phifer* does not provide Movant the relief that he seeks.

---

[1] The Court makes one correction to the Report and Recommendation.  The Report and Recommendation incorrectly states that Movant is serving two consecutive 235-month sentences.  Movant's two 235-month sentences are concurrent.  DE 261 under Case No. 2:16-CR-14002.

6. The Clerk of the Court is instructed to **CLOSE Case No. 2:19-CV-14168**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of January, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Movant
Counsel of Record